IN THE UNITED STATES DISTRICT COURT
FOR THE WESTER DISTRICT OF TENNESSEE,
EASTERN DIVISION
AT JACKSON

MONICA CHRISTINE ALEXANDER,
Individually and as Mother and Next Friend of
ELIZABETH PAIGE ALEXANDER, A Minor Child
And Daughter of Levi Alexander

And                                                                        CASE NO. 1-05-1339

DWAIN GAYLON ALEXANDER, and wife
JANNA KAY ALEXANDER, Parents of
Levi Alexander

PLAINTIFFS

v

JAMES WRIGHT DEPUTY SHERIFF, ET AL

DEFENDANTS

---

### PROPOSED ORDER

---

On Motion of Kerry B. Harvey, and the Court being otherwise sufficiently advised, it is hereby ordered, found, and adjudged that the Motion to Admit *Pro Hac Vice* is hereby granted and Kerry B. Harvey shall be admitted to practice in this Court for the purpose of providing a defense in this action.

Dated this 23rd day of November, 2005.

_____
Judge, United States District Court
Western District of Tennessee
Eastern District at Jackson

Tendered By:
OWEN, HARVEY & CARTER

_____
Kerry B. Harvey
P. O. Box 259
Benton, Kentucky 42025
(502) 527-0755

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 11-29-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 1:05-CV-01339 was distributed by fax, mail, or direct printing on November 29, 2005 to the parties listed.

---

Michael L. Ainley
AINLEY & HOOVER
200 N. Poplar St.
Paris, TN 38242

Angela R. Hoover
204 Fourth Ave. South
Franklin, TN 37064

Kerry B. Harvey
P. O. Box 259
Benton, KY 42025

Honorable James Todd
US DISTRICT COURT