IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF TENNESSEE, EASTERN DIVISION AT JACKSON

| | |
|---|---|
| MONICA CHRISTINE ALEXANDER, Individually and as Mother and Next Friend of ELIZABETH PAIGE ALEXANDER, A Minor Child and Daughter of Levi Alexander<br><br>And<br><br>DWAIN GAYLON ALEXANDER, and Wife, JANNA KAY ALEXANDER, Parents of Levi Alexander,<br><br>    Plaintiffs,<br><br>v.<br><br>1. JAMES WRIGHT, Individually and in his Official capacity as an officer for the CALLOWAY COUNTY KENTUCKY SHERIFF OFFICE IN MURRAY, KENTUCKY, and<br><br>2. OFFICERS DOE 1 through 10, Individually And in their capacities as officers for the CALLOWAY COUNTY KENTUCKY SHERIFFS OFFICE, and<br><br>3. LARRY ELKINS, in his official capacity as the COUNTY JUDGE EXECUTIVE for CALLOWAY COUNTY, KENTUCKY, and<br><br>4. LARRY ROBERTS, in his official capacity as Sheriff of the CALLOWAY COUNTY SHERIFF'S OFFICE, and<br><br>5. CALLOWAY COUNTY SHERIFF'S OFFICE as an entity of Calloway County, Kentucky, and<br><br>6. PHILLIP JACKSON, Individually,<br><br>    Defendants. | Civil Action No. 1-05-1339-TAN<br>JURY DEMANDED |

**CONSENT ORDER ALLOWING THIRTY DAY EXTENSION FOR PHILLIP JACKSON TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 12-14-05

Come the parties, by and through their counsel, and consent to the entry of an Order granting the Motion of Defendant Phillip Jackson for an extension to Answer or otherwise respond to Plaintiffs' Complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant Phillip Jackson is allowed until January 13, 2006 in which to Answer or otherwise respond to Plaintiffs' Complaint. No general appearance is required of this Defendant until this deadline. All defenses related to jurisdiction, venue, service of process, or sufficiency of process are hereby reserved.

*S. Thomas Anderson*
JUDGE

DATED: December 09, 2005

APPROVED FOR ENTRY:

*Michael L. Ainley by BDB (16596) w/permission*
MICHAEL L. AINLEY, BPR # 015150
ANGELA HOOVER, BPR # 023692

*Attorneys for Plaintiffs*

*BDB*
BRADFORD D. BOX, BPR #016596
SPENCER R. BARNES, BPR #024072

*Attorneys for Defendant Phillip Jackson*

*Kerry B. Harvey by BDB (16596) w/permission*
KERRY B. HARVEY, BPR #

*Attorney for Defendants -*
*James Wright, Calloway County Sheriff's Department and Larry Roberts*

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 1:05-CV-01339 was distributed by fax, mail, or direct printing on December 14, 2005 to the parties listed.

---

Kerry B. Harvey
P. O. Box 259
Benton, KY 42025

Michael L. Ainley
AINLEY & HOOVER
200 N. Poplar St.
Paris, TN 38242

Bradford D. Box
RAINEY KIZER REVIERE & BELL
209 E. Main Street
Jackson, TN 38302--114

Angela R. Hoover
204 Fourth Ave. South
Franklin, TN 37064

Honorable James Todd
US DISTRICT COURT